Official Form 1 (1/08)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Ambulatory Health Centers, Inc., a California Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>*dba Eastbluff Wellness and Walkin Center* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *20-8218931* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*2507 Eastbluff Drive*<br>*Corona del Mar CA*  ZIPCODE *92625* | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the Principal Place of Business: *Orange* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*3 Muir Beach Circle*<br>*Corona del Mar CA*  ZIPCODE *92625* | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [x] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Official Form 1 (1/08) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Ambulatory Health Centers, Inc.,*<br>*a California Corporation* |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____ *12/15/2009*<br>Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                                                         FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ambulatory Health Centers, Inc.,**<br>**a California Corporation** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | **Signature of a Foreign Representative**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed name of Foreign Representative)<br><br>12/10/2009<br>(Date) |
| **Signature of Attorney***<br><br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>**Marc C. Forsythe,    SBN 153854**<br>Printed Name of Attorney for Debtor(s)<br><br>**Goe & Forsythe, LLP**<br>Firm Name<br><br>**GOE & FORSYTHE, LLP**<br>Address<br><br>**18101 Von Karman Av, Suite 510**<br><br>**Irvine CA   92612**<br><br>**(949) 798-2460**<br>Telephone Number<br><br>**12/10/2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br><br>**Farzad Massoudi, MD**<br>Printed Name of Authorized Individual<br><br>**CEO**<br>Title of Authorized Individual<br><br>**12/10/2009**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Ambulatory Health Centers, Inc.,*  
   *a California Corporation*  
   *dba Eastbluff Wellness and Walkin Center*

Case No.  
Chapter  *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is *NOT AN SEC REPORTING COMPANY*.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                  $ *289,000.00*  
   b. Total debts (including debts listed in 2.c., below)    $ *1,415,405.32*

   c. Debt securities held by more than 500 holders.

   | Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
   |---|---|---|---|
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |
   |  |  | $ |  |

   d. Number of shares of preferred stock          *NONE*      *NONE*  
   e. Number of shares of common stock            *NONE*      *NONE*

   Comments, if any:  
   *NONE*

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:  
   *NONE*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Ambulatory Health Centers, Inc.*  
*a California Corporation*  
*dba Eastbluff Wellness and Walkin Center*

Case No.  
Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Wells Fargo Bank SBA Loans<br>121 Park Center Plaza<br>6th Floor<br>San Jose CA  95113 | Phone: 800-495-8256<br>Wells Fargo Bank SBA Loans<br>121 Park Center Plaza<br>6th Floor<br>San Jose CA  95113 | SBA Loan | D | $ 916,979.17 |
| 2<br>California Emergency Physician<br>2100 Powell<br>Suite 920<br>Emeryville CA  94608 | Phone: 510-350-2600<br>California Emergency Physician<br>2100 Powell<br>Suite 920<br>Emeryville CA  94608 | Physician services | D | $ 145,667.50 |
| 3<br>Judith dos Santos<br>c-o Calif Labor Commission<br>605 W Santa Ana Bl   Room 625<br>Santa Ana CA  92701 | Phone: 714-558-4910<br>California Labor Commission<br>605 West Santa Ana Blvd<br>Room 625<br>Santa Ana CA  92701 | Labor Claim | C<br>U<br>D | $ 30,000.00 |
| 4<br>McKesson Medical Surgical<br>8741 Landmark Rd<br>Richmond VA  23228 | Phone: 800-766-4633x1<br>McKesson Medical Surgical<br>8741 Landmark Rd<br>Richmond VA  23228 | Prior account balance | D | $ 27,310.65 |
| 5<br>Heartland Business Credit<br>390 Union Blvd<br>Suite 600<br>Lakewood CO  80228 | Phone: 303-986-4885<br>Heartland Business Credit<br>390 Union Blvd<br>Suite 600<br>Lakewood CO  80228 | Equipment Lease<br><br>Value:<br>Net Unsecured: | D | $ 20,000.00<br><br>$ 0.00<br>$ 20,000.00 |

Page 1

B4 (Official Form 4) (12/07)

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>GE Healthcare<br>Box 843553<br>Dallas TX   75284-3553 | Phone: 800-368-7102<br>GE Healthcare<br>Box 843553<br>Dallas TX   75284-3553 | Service contract | D | $ 14,000.00 |
| 7<br>Allergan<br>12975 Collections Center Dr<br>Chicago IL   60693 | Phone: 800-811-4148<br>Allergan<br>12975 Collections Center Dr<br>Chicago IL   60693 | Botox | D | $ 10,003.00 |
| 8<br>Key Equipment Finance<br>11030 Circle Point Rd<br>Second Floor<br>Westminster CO   80020 | Phone: 866-518-9719<br>Key Equipment Finance<br>11030 Circle Point Rd<br>Second Floor<br>Westminster CO   80020 | Equipment Lease<br><br>Value:<br>Net Unsecured: | D | $ 1,445.00<br><br>$ 0.00<br>$ 1,445.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Farzad Massoudi, MD_____ , _CEO_____ of the _Corporation_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _12/15/2009_    Signature _____
Name: _Farzad Massoudi, MD_
Title: _CEO_

Page 2

Verification of Creditor Mailing List - (Rev. 10/05)    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name _Marc C. Forsythe, SBN 153854_

Address _GOE & FORSYTHE, LLP 18101 Von Karman Av, Suite 510 Irvine, CA 92612_

Telephone _(949) 798-2460_

[X]  Attorney for Debtor(s)
[ ]  Debtor In Pro Per

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>In re  Ambulatory Health Centers, Inc.<br>        dba  Eastbluff Wellness and Walkin Center | Case No. |
|---|---|
| | Chapter _11_ |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __4__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _12/15/2009_

Attorney: _Marc C. Forsythe, SBN 1538._

Debtor: _Ambulatory Health Centers, Inc._

Joint Debtor:

```
Heartland Business Credit
390 Union Blvd
Suite 600
Lakewood  CO  80228



Ironstone Bank
c-o First Citizens RWN28
Box 63034
Charlotte  NC  28263-3034



Judith dos Santos
c-o Calif Labor Commission
605 W Santa Ana Bl    Room 625
Santa Ana  CA  92701



Key Equipment Finance
11030 Circle Point Rd
Second Floor
Westminster  CO  80020



Key Equipment Finance Inc
1000 South McCaslin Blvd
Superior   CO  80027



McKesson Medical Surgical
8741 Landmark Rd
Richmond  VA  23228



Wells Fargo Bank SBA Loans
121 Park Center Plaza
6th Floor
San Jose  CA  95113
```

```
William K Crowe Esq
Law Office of William K Crowe
21076 Bake Parkway  Suite 106
Lake Forest  CA  92630
```

```
Allergan
12975 Collections Center Dr
Chicago   IL   60693



California Emergency Physician
2100 Powell
Suite 920
Emeryville   CA   94608



California Labor Commission
605 West Santa Ana Blvd
Room 625
Santa Ana   CA   92701



Darl L Danford Esq
Circuit McKellogg Kinney Ross
1205 Propsepct St    Suite 400
La Jolla   CA   92037



Farzad Massoudi MD
3 Muir Beach Circle
Corona del Mar   CA   92525



Farzad Massoudi   MD
3 Muir Beach Circle
Corona del Mar   CA   92625



GE Healthcare
Box 843553
Dallas   TX   75284-3553



GE Healthccare
Box 843553
Dallas   TX   75284-3553
```

Ambulatory Health Centers  Inc
3 Muir Beach Circle
Corona del Mar  CA  92625


Marc C  Forsythe   SBN 153854
GOE & FORSYTHE  LLP
18101 Von Karman Av  Suite 510
Irvine  CA  92612

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe, Esq., SN 153854  (949) 798-2460 (telephone)<br>GOE & FORSYTHE, LLP  (949) 955-9437 (facsimile)<br>18101 on Karman Avenue, Suite 510<br>Irvine, CA  92612<br><br>Attorneys for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>AMBULATORY HEALTH CENTERS, INC., dba Eastbluff Wellness And Walkin Center | CASE NO.:<br>CHAPTER:  11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

| x | Petition, statement of affairs, schedules or lists | Dated Filed: <u>December 11, 2009</u> |
|---|---|---|
| | Amendments to the petition, statement of affairs, schedules or lists | Dated Filed: _____ |
| | Other: All pleadings necessary to prosecute the Chapter 7 case | Dated Filed: _____ |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____   December 10, 2009
*Signature of Authorized Signatory of Filing Party*   Date
Farzad Massoudi, MD
*Printed Name of Authorized Signature of Filing Party*
Chief Executive Officer
*Title of Authorized Signature of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____   December 10, 2009
*Signature of Attorney for Filing Party*   Date
Marc C. Forsythe
*Printed Name of Attorney for Filing Party*

CDC Local Rule 1015-2 (Rev. 6/98) West Group, Rochester, NY

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which the debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    *None*

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  *Irvine*  ,California.    _/s/ Massoudi_

Dated  12/15/2009

Debtor:  *Ambulatory Health Centers, Inc.*
*Farzad Massoudi, MD, CEO*

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Ambulatory Health Centers, Inc.*  
*a California Corporation*  
*dba Eastbluff Wellness and Walkin Center*  

Case No.  
Chapter 11

_____ / Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

The undersigned Farzad Massoudi, MD is CEO of Ambulatory Health Centers, Inc., a California corporation. On 11/12/2009 the following resolution was duly adopted by the Board of Directors of this corporation.

"WHEREAS, it is in the best interests of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

"NOW, THEREFORE, BE IT RESOLVED, that Farzad Massoudi, MD, CEO of this corporation, be and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

"BE IT FURTHER RESOLVED, that Farzad Massoudi, MD, CEO of this corporation, be and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with said bankruptcy proceedings; and

"BE IT FURTHER RESOLVED, that Farzad Massoudi, MD, CEO of this corporation, be and hereby is, authorized and directed to employ Marc C. Forsythe, SBN 153854, Attorney and the law firm of Goe & Forsythe, LLP, to represent the corporation in said bankruptcy proceedings."

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Farzad Massoudi, MD, CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge, information, and belief.

Date  11/12/2009          Signature  _____  
                                     Farzad Massoudi, MD  
                                     CEO

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe, Esq., SBN 153854    (949) 798-2460 (telephone)<br>GOE & FORSYTHE, LLP    (949) 955-9437 (facsimile)<br>18101 Von Karman Avenue, Suite 510, Irvine, CA  92612<br>☒ Attorney for:  Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:  AMBULATORY HEALTH CENTERS, INC., dba Eastbluff Wellness and Walkin Center<br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Farzad Massoudi, MD _____, the undersigned in the above-captioned case, hereby declare under
        (Print Name of Attorney or Declarant)
penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the debtor corporation

2. a.  ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Farzad Massoudi owns 100% of the stock of Debtor

   b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    December 10, 2009
Signature of Attorney or Declarant    Date

Farzad Massoudi
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
April 2007

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re *Ambulatory Health Centers, Inc.,*
*a California Corporation*
*dba Eastbluff Wellness and Walkin Center*

_____/ Debtor

Case No.
Chapter 11

Attorney for Debtor: *Marc C. Forsythe, SBN 153854*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| 1 | *Farzad Massoudi, MD*<br>*3 Muir Beach Circle*<br>*Corona del Mar CA 92625* | | *owns 100% of all shares* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page _1_ of _2_

## LIST OF EQUITY SECURITY HOLDERS

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _Farzad Massoudi, MD_, _CEO_ of the _corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: _12/15/2009_

Signature: _[signature]_

Name: _Farzad Massoudi, MD_
Title: _CEO_

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe, Esq.,   SBN 153854<br>GOE & FORSYTH, LLP<br>18101 Von Karman Avenue<br>Suite 510<br>Irvine, CA  92612<br>(949) 798-2460 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:  Ambulatory Health Centers, Inc.<br><br><br><br>                                                               Debtor. | CHAPTER 11  11<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
   2507 Eastbluff Drive
   Corona del Mar, CA  92625

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   2507 Eastbluff Drive
   Corona del Mar, CA  92625

3. Disclose the current business address(es) for all corporate officers:
   2507 Eastbluff Drive
   Corona del Mar, CA  92625

4. Disclose the current business address(es) where the Debtor's books and records are located:
   3 Muir Beach Circle
   Corona del Mar, CA  92625

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)    **VEN-C**

| In re Ambulatory Health Centers, Inc. | CHAPTER 11  11 |
|---|---|
| Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   2507 Eastbluff Drive
   Corona del Mar, CA  92625

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):
   Farzad Massoudi, MD
   Chief Executive Officer
   3 Muir Beach Circle
   Corna del Mar, CA  92625

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 15th day of December, 2009, at Irvine, California.

Farzad Massoudi, MD
*Type Name of Officer*                          *Signature of Declarant*

Chief Executive Officer
*Position or Title of Officer*